UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:24cv03974 DDP (PVCx)                                Date: May 21, 2025

Title    _Miriam Maldonado v. Don Bahari; et al._


Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE


|               Catherine Jeang               |               Not Present               |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS) – ORDER TO SHOW CAUSE

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 11, 2025**, why this action should not be dismissed for lack of prosecution as to **defendants Don Bahari dba Baskin-Robbins; Cancun Properties, LLC; and Anjai Savire, LLC**.  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

   Plaintiff is advised that the Court will consider the following:

- A proof of service of summons and complaint on **defendants Don Bahari dba Baskin-Robbins; and Cancun Properties, LLC**; and

- An answer by **defendant Anjai Savire, LLC,** or plaintiff's request for entry of default on this defendant

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
| :--- | :---: |
| **Initials of Preparer** | CMJ |